IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR No.:   3:09-502-JFA |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| LATOYA RENEE DAVIS | ) | |
| | ) | |
| _____ | ) | |

This matter is before the court upon the defendant's motion for a reduction of her sentence pursuant to 18 U.S.C. § 3582 in light of the recent Amendment 750 to the United States Sentencing Guidelines which changed the cocaine to cocaine base ratio from 100:1 to 18:1.

The government has responded in opposition to the motion, noting that because the defendant was sentenced to a statutory mandatory minimum sentence of 120 months, her sentence is not affected by Amendment 750. Davis plead guilty to a drug conspiracy involving both 5 grams or more of crack cocaine *and* 500 grams or more of cocaine.

Because the mandatory minimum sentence imposed on the defendant may not be altered by Amendment 750, the motion under § 3582 for a reduction of sentence (ECF No. 1051) is denied.

IT IS SO ORDERED.

*Joseph F. Anderson, Jr.*

December 8, 2011                         Joseph F. Anderson, Jr.
Columbia, South Carolina              United States District Judge